Case 2:24-cv-00188   Document 25   Filed on 07/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CALVIN SUMRELL, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00188 |
| § | |
| BOBBY LUMPKIN, § | |
| § | |
| Respondent. § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

On June 16, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation" (D.E. 22), recommending that Respondent's motion to dismiss (D.E. 19) this habeas corpus proceeding be granted. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 22), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Respondent's motion to dismiss (D.E. 19) is **GRANTED** and Petitioner's § 2254 petition is **DENIED**. In the event that Petitioner requests a certificate of appealability, that request is **DENIED**.

**ORDERED** on July 18, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE